THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HOWARD BLUE, Appellant.

Argued October 10, 1945; decided November 29, 1945.

*William L. Clay* for appellant.

*Daniel J. O'Mara, District Attorney (Harry L. Rosenthal* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.